# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

JOHN TAYLOR                                                                                        PLAINTIFF
ADC #123066

V.                                      NO: 1:07CV00007 SWW/HDY

JAMES BANKS *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a preliminary injunction (docket entry #29) is DENIED.

DATED this 31st day of May, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE